UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| 6CORE INVESTMENTS, LLC, ) | |
| ) | CIVIL ACTION NO. 2:13-cv-02202 |
| Plaintiff, ) | APG-(NJK) |
| ) | |
| v. ) | |
| ) | |
| BOUARI INTERNATIONAL ) | **ORDER ON** |
| FRANCHISE, LLC and CAROL ANN ) | **UNOPPOSED MOTION TO** |
| CHANEY, ) | **WITHDRAW AS COUNSEL** |
| ) | |
| Defendants. ) | |

Having considered the Unopposed Motion to Withdraw as Counsel (the "Motion to Withdraw") filed by Haynes and Boone, LLP and Deborah S. Coldwell, Laura Page Warrick, and Katie Dolan-Galaviz ("Counsel"), attorneys for Defendants Bouari International Franchise, LLC and Carol Ann Chaney ("Defendants"), all other relevant pleadings, and arguments of Counsel, if any, the Court finds that the Motion to Withdraw should be GRANTED in its entirety.

IT IS, THEREFORE, ORDERED that Counsel's request to withdraw from representation of Defendants is GRANTED.

IT IS FURTHER ORDERED that Defendant Bouari International Franchise, LLC shall have 30 days to retain new counsel and have counsel enter an appearance.

IT IS FURTHER ORDERED that Defendant Carol Ann Chaney shall have 30 days to retain new counsel and have counsel enter an appearance or to file a statement that she will be proceeding *pro se*.

IT IS FURTHER ORDERED that all deadlines in this action are stayed for 30 days, or until substituted counsel has entered an appearance, whichever is earlier.

IT IS FURTHER ORDERED THAT Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this Order on Defendants Bouari International Franchise LLC and Carol Anne Chaney at:

9330 West Sahara Avenue, Suite 250
Las Vegas, Nevada 89117

IT IS SO ORDERED.

Dated: December 18, 2013

_____
Nancy J. Koppe
U.S. Magistrate Judge