# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 6CORE INVESTMENTS, LLC,<br><br>                  Plaintiff,<br><br>vs.<br><br>BOUARI INTERNATIONAL FRANCHISE, LLC,<br><br>                  Defendant. | Case No. 2:13-cv-02202-APG-NJK<br><br>ORDER |

Pending before the Court is a Motion to Withdraw as Attorney in Charge, filed May 27, 2014. Docket No. 27. Attorney Klint Rybicki seeks to withdraw as counsel of record for Plaintiff 6Core Investments, LLC. *Id*. The motion represents that Plaintiff is no longer communicating with its attorney, has discontinued all payments for legal fees, and has failed to timely pay existing legal fees. *Id*., at 1-2.

Having reviewed and considered the matter, and for good cause shown,

IT IS ORDERED:

1. The Motion to Withdraw as Attorney in Charge (Docket No. 27) is **GRANTED**.

2. A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Therefore, 6Core Investments, LLC, shall have until June 30, 2014, to retain new counsel, who shall file a notice of appearance in accordance with the Local Rules of Practice.

3. Failure to comply with this Order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4.  The Clerk of Court shall add Plaintiff's address to the docket, and serve a copy of this Order on Plaintiff at:

> 6Core investments, LLC
> 4613 Scenic Drive
> Rowlett, TX 75088
> (214) 872-2372

Dated: May 29, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE