UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 6CORE INVESTMENTS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>BOUARI INTERNATIONAL FRANCHISE LLC and CAROL ANN CHANEY,<br><br>                    Defendants. | Case No. 2:13-cv-02202-APG-NJK<br><br>**Order Accepting Report and Recommendation and Dismissing Case** |

On July 28, 2014, Magistrate Judge Koppe entered her Report and Recommendation [Dkt. #30] recommending that this case be dismissed without prejudice. No objection has been filed to that Report and Recommendation. The Court has conducted a de novo review of the issues set forth in the Report and Recommendation, pursuant to Local Rule IB 3-2. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this case is dismissed without prejudice. The clerk of court may enter judgment accordingly

Dated: August 15, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE